5/

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Scott Sedore #210661

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

1) Sirenna Landfair (RN)
2) Brian Stricklin (RN)
3) Alinda Florek (RN)
4) Victoria Hallett (DO)
5) michigan Department of Correction's ("M.D.O.C.")
6) Corizon Health Inc...

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 2:21-cv-12623
Judge: Drain, Gershwin A.
MJ: Altman, Kimberly G.
Filed: 10-26-2021 At 03:24 PM
PRIS SCOTT SEDORE V SIRENNA LANDFAIR ET AL (SS)

Jury Trial: ☒ Yes  ☐ No
*(check one)*

# Complaint for Violation of Civil Rights
## (Prisoner Complaint)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.***

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                   _Scott Sedore   # 210661_

All other names by which you have been known:

_N/A_

ID Number            _# 210661_

x    Current Institution    _G. Robert Cotton Correctional facility_

x    Address            _3500 North Elm Road_
                        _Jackson, michigan_
                        _49201_

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation.
Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  For an individual defendant, include the person's job or title (if known)
and check whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.  Attach additional pages if needed.

x    Defendant No. 1

Name            _Sirenna Landfair (RN)_

Job or Title        _Health Unit Manager ("H.U.M.")_
(if known)

Shield Number        _N/A_

Employer        _michigan Department of Correction's_

Address    _G. Robert Cotton Corr. facility - 3500 N. Elm Road_
            _Jackson, michigan - 49201_

☒  Individual capacity        ☒  Official capacity

Defendant No. 2

Name: Brian Stricklin (RN)

Job or Title (if known): Nursing Supervisor

Shield Number: N/A

Employer: Michigan Department of Correction's

Address: G. Robert Cotton Corr. facility - 3500 N. Elm Road Jackson, Michigan - 49201

☒ Individual capacity          ☒ Official capacity

Defendant No. 3

Name: Alinda Florek (RN)

Job or Title (if known): Nurse (Registered)

Shield Number: N/A

Employer: Michigan Department of Correction's

Address: G. Robert Cotton Corr. facility - 3500 N. Elm Road Jackson, Michigan - 49201

☒ Individual capacity          ☒ Official capacity

Defendant No. 4

Name: Victoria Hallett (DO)

Job or Title (if known): Medical Doctor

Shield Number: N/A

Employer: Corizon Health Inc...

Address: 6452 Millenium Drive, Suite 100 Lansing, Michigan - 48917

☒ Individual capacity          ☒ Official capacity

3

✱ Defendants continued, Extra Page

Defendant No. 5
name: Michigan Department of Corrections ("M.D.O.C.")
Job or Title: Michigan State Prison System
shield number: N/A
Employer: State of Michigan
Address: G. Robert Cotton Corr. facility — 3500 N. Elm Road
          Jackson, Michigan — 49201
☒ Individual Capacity     ☒ official Capacity

Defendant No. 6
name: Corizon Health Inc...
Job or Title: Medical Insurance Provider
shield number: N/A
Employer: Corizon Health Inc...
Address: 6452 Millenium Drive, Suite 100
          Lansing, Michigan — 48917

☒ Individual Capacity     ☒ official Capacity

Defendant No. 7

name:
Job or Title:
shield number:
Employer:
Address:

☐ Individual Capacity     ☐ official Capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(4) violation's of the 8th Amendment to the U.S. constitution "Deliberate Indifference" to any serious medical need's

(2) violation's of Title II of the American's with Disabilities Act.

(3) violation's of the Rehabilitation Act.

(1) violation's of the "1st Amendment" to the U.S. Constitution ("Retaliation")

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants Acted under color of State Law! Defendants all worked in a michigan Department of corrections penitentiary. They are required under state and federal laws to not only protect the safety and security of the General Public - But they are required to work and Act and follow and Execute michigan state Laws and U.S. federal Laws.

They are required to protect my state and federal civil rights. They treated me "Inhumanely", they violated my state and federal civil rights laws.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. *(please refer to attached statement of facts/claims)*

5

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.



N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

G, Robert Cotton Correctional facility ("JCF")
3500 North Elm Road
Jackson, Michigan
49201

(✳) please refer to attached "statement of facts/claims" for Details of Alleged violations of u,s, civil rights, Title II of the Americans w/Disabilities and Rehabilitation Acts

(✳) Between 7/24/19 - present ( 6/16/2021 )

C. What date and approximate time did the events giving rise to your claim(s) occur?

(✳) Between 7/24/19 - present
(✳) please refer to attached "statement of facts/claims" for specific dates/times, etc...

(✳) some outside of the Above stated Dates'

6

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

(*) please refer to attached "statement of facts / claims"

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(*) please refer to attached "statement of facts/claims"

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

(*)   please refer to the last page of my Handwritten "statement of facts/claims" to the page that say's at the top of the page "Relief Sought"!

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Gi Robert Cotton Correctional facility ("JCF")
3500 North Elm Road
Jackson, michigan
4920l

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒    Yes

☐    No

☐    Do not know

If yes, which claim(s)?    All of my claim's outlined all of my grievances at step #1, step #2, step #3 Appeal.

9

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

    ☒    Yes

    ☐    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

    ☐    Yes

    ☐    No    *N/A*

E.    If you did file a grievance:

1.    Where did you file the grievance?

    G. Robert Cotton Correctional facility ("JCF")
    3500 North Elm Road
    Jackson, Michigan
    49201

2.    What did you claim in your grievance?

- ~~violations of the 8th Amendment ("Deliberate Indifference")~~
- violations of Title II of the Americans w/Disabilities Act
- violations of the Rehabilitation Act
- violations of the 1st Amendment ("Retaliation")
- violation's of the 8th Amendment ("Deliberate Indifference")

3.    What was the result, if any?    none of my Issues were resolved

- some grievances were "rejected"
- some grievances were "denied"
- The M.D.o.c., and other Defendants never offer any legitimate resolution.

4.     What steps, if any, did you take to appeal that decision?  Is the grievance
process completed?  If not, explain why not.  *(Describe all efforts to appeal to
the highest level of the grievance process.)*

*I completed the grievance process thru all "3" steps
of the M.D.O.C. grievance process, I have exhausted
any/all "available" Administrative Remedies.*

F.     If you did not file a grievance:

1.     If there are any reasons why you did not file a grievance, state them here:

N/A

2.     If you did not file a grievance but you did inform officials of your claim, state
who you informed, when and how, and their response, if any:

N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your
administrative remedies.

N/A

*(Note:  You may attach as exhibits to this complaint any documents related to the
exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐     Yes

☒     No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? *There are additional facts involved in this lawsuit.*

☒     Yes   *Also, there are other lawsuits - but they had different*

☐     No   *Defendants, different instances, periods of times, different facilities/prisons*

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Scott Sedore #210661

Defendant(s)    Duncan MacLaren

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Western District Federal Court (Northern Division)

3.    Docket or index number

2:17-CV-7

4. Name of Judge assigned to your case

_Janet Neff_

5. Approximate date of filing lawsuit

_January, 2019 (approximately)_

6. Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition. _2020_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

- The case was dismissed at 2nd summary Judgement, 2019,
- The case then went to the 6th circuit court of Appe
- Appeal Denied,

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _Scott Sedore  #210661_

Defendant(s) _Michael Warner_

2. Court *(if federal court, name the district; if state court, name the county and State)*

_Eastern District federal court_

3. Docket or index number

_4:19 - CV - 10259_

13

4.   Name of Judge assigned to your case

*Matthew F. Leitman*

5.   Approximate date of filing lawsuit

*January, 2019*

6.   Is the case still pending?

☐   Yes

☒   No

If no, give the approximate date of disposition.   *settlement reached - June, 2021*

7.   What was the result of the case?   *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

*Lawyer appointed by court - Danie/ manville*

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *October 26th*, 20*21*.

Signature of Plaintiff   *Scott Sedore #210661*

Printed Name of Plaintiff   *Scott Sedore*

Prison Identification #   *210661*

Prison Address   *G. Robert Cotton Correctional facility - 3500 North Elm Road*
*Jackson  ,  michigan    49201*
City      State    Zip Code

14

VIII. Previous Lawsuits in State or Federal ....

① Plaintiff: Scott Sedore #210661

Defendant: Sherman Campbell, et al.

court: Eastern District Federal Court

Docket or Index number: 2:19-CV-10311

name of Judge assigned: Stephanie Dawkins Davis

Is case still Pending? yes          Date filed: January, 2019

---

② Plaintiff: Scott Sedore #210661

Defendant: Sherry Burt, et al.

court: western District federal court (southern Division)

Docket or Index number: 1:16-CV-903

Name of judge Assigned: Paul L. Maloney

Is case still pending? no, dismissed at 2nd summary
                                    judgement, 2019!

---

③ Plaintiff: Scott Sedore #210661

Defendant: Noah Nagy, et al.

court: western District federal court (southern Division)

Docket or Index number: 1:19-CV-61

name of Judge Assigned: Robert J. Jonker

Is case still pending? no, dismissed at summary
                                judgement for "Lack of exhaustion"

~~Suit. Previous Lawsuits continued...~~

④ Plaintiff: Scott Sedore #210661

Defendant: Corizon Health Inc., ET AL.

Court: Eastern District federal Court

Docket or Index number: 2:21-CV-11643

name of Judge Assigned: stephen J. murphy, III

Is case still Pending?      Date filed? on or around June, 2021!

⑤ Plaintiff: Scott Sedore #210661

Defendant: Sirenna Landfair, et al.

Court: Eastern District federal Court

Docket or Index number:

name of Judge Assigned:

Is case still Pending? yes      Date filed on or around (11/1/2021)

⑥ Plaintiff: Scott Sedore #210661

Defendant:

Court:

Docket or Index number:

name of Judge Assigned:

Is case still Pending?      Date Filed?

**Additional Information:**

# #21066 1

# Scott Sedore

## vs.

# Sirenna Landfair, et al.

## "Defendant's in Lawsuit"

1) Sirenna Landfair (RN)

2) Brian Stricklin (RN)

3) Alinda Florek (RN)

4) Victoria Hallett (DO)

5) Michigan Department of Correction's ("M.D.O.C.")

6) Corizon Health Inc...

D)

## "Statement of Claims"

This Lawsuit is being brought after an "ongoing" pattern of discrimination, Harrassment, neglect, mistreatment, and Inhumane treatment regarding my Healthcare treatment led and turned into a case of "Retaliation", a 1st Amendment violation. The main incident in question happened on 6/16/2021 at G. Robert Cotton Correctional facility ("JCF"). It occured in the "JCF" Healthcare Services Building. All defendant's in this Lawsuit have acted under "Color of State Law."

The incident in question, and me being placed in segregation on 6/16/2021 was not a coincidental incident. It did not happen by mistake. It was well planned and thought out. It was more than poor judgement by the defendant's involved in this issue. It was deliberately done to harass, intimidate, deter me from pursuing protection of my 8th Amendment Civil rights and legitimate, Adequate Healthcare treatment from the defendant's and other's who control and distribute medical care at "JCF." The M.D.O.C., corizon Health, and all relevant employee's. I have a long history of advocating for adequate medical treatment since coming to the M.D.O.C. on 5/19/11. I have filed probably over 1000 grievances related to my healthcare treatment since that time. This has happened all across the state of michigan in numerous correctional facilities. I have been "Shuffled" all around the "M.D.O.C." since arriving in the "M.D.O.C." on or around 5/19/11, often transferred as a direct result of disagreement's with healthcare staff over my medical treatment, Advocating thru the M.D.O.C. grievance process to receive medically necessary treatment, and as a direct result of filing multiple (5-prior) federal civil rights lawsuits over neglect, mistreatment, Inhumane treatment by "M.D.O.C." and Corizon Health Inc.,. medical staff. I have been "retalrated" against, harrassed, discriminated against, humiliated, embarrassed as a direct result of my Advocating for better healthcare treatment.

I can show that defendant's action's on 6/16/21 meet the criteria of a 1st Amendment violation (Retaliation Claim).

## A "Retaliation" Claim essentially entail's three Element's:

(1) The Plaintiff engaged in Protected Conduct

(2) An Adverse action was taken against the plaintiff that would deter a person of ordinary firmness from continuing to engage in that conduct.

(3) That there is a casual connection between element's one and two, that is, the adverse action was motivated at least in part by the plaintiff's protected Conduct.

②

I can establish and prove every single element in my Retaliation claim,

(A) The "Protected Conduct" in question is my pursuit of protection's of my 8th Amendment Civil Rights. At the time of this incident, I was engaged in an "ongoing" fight for Adequate, legitimate Healthcare treatment need's, prior to coming to "JCF" on 7/24/19 - I had filed 5- previous federal Lawsuit's under 42 U.S.C. §1983, over my medical treatment by M.D.O.C. and Corizon Health, Inc., staff at multiple other correctional facilities. At the time of the 6/16/21 Retaliation incident, I was actively, since arriving at "JCF" on 7/24/19 engaged in writing around 200 grievances related mostly to "deliberate Indifference" of my serious medical need's, Defendant's were all well aware of my persistant (past and present) grievance writing and history of filing federal litigation concerning violation's of my 8th Amendment civil rights, under the theory of "Deliberate Indifference" to my serious medical need's. I was actively advocating for protection of my 8th Amendment civil right's between 7/24/19 arrival at "JCF" and the date in question of incident on 6/16/2021. I had wrote around 200 grievances at "JCF" alone, and was in the process of filing another federal lawsuit over Healthcare treatment at "JCF" between 7/24/19 and the date of the "Retaliation" incident on 6/16/2021. I filed a 42 U.S.C. §1983 lawsuit in the Eastern District federal court on or around July, 2021. Case No. #2:21-CV-11643 !

This Lawsuit over the "Retaliation" claim is completely seperate from that lawsuit (#2:21-CV-11643). This lawsuit is a seperate Issue, and I wish to File and keep it seperate from Case No. 2:21-CV-11643! one is a lawsuit about "Deliberate Indifference" (8th Amendment) violation's, This lawsuit is about "Retaliation" (1st Amendment) violation's.

I'm not required to prove every aspect of my lawsuit at this point, I am only attempting to show that my claim's are legitimate at this point, so this Honorable court will allow my "Retaliation" claim to proceed forward, thru the process of litigation. I have most certainly stated a legitimate claim in my "statement of Claim's".

(B) The next element of my "Retaliation" claim — "That defendant's took an adverse action against plaintiff that would deter a person of ordinary firmness from continuing to engage in that conduct." H.U.M., - Sirena Landfair and defendant's had me put in segregation on a self harm/ injurious - trumped-up charge/allegation that had no merit, This was on 6/16/2021.

③ During the "ongoing" interaction's with H.U.M, -Sireena Landfair on 6/16/2021 while I was in the healthcare services nurses station, H.U.M, Sireena Landfair brought up my past medical kites and grievances, stating "you don't have no problem clarifying what your point is or what you mean to say in your kites and grievances." She was referring to what I wrote about in my kite and attached paperwork that I sent to Healthcare services on 6/15/2021, After I talked to Dr Victoria Hallett on the telephone from my Housing unit. About how I had cut myself and bled for several hours. About me cutting my heel on my wheelchair around 1-week prior. It should have been very clear and apparent once I showed her my heel on 6/16/21 while in the nurses station - that I had not tried to harm myself in any way, yet H.U.M, Landfair and other defendant's decided to ignore the obvious, that I had not tried to harm myself in any form or way, she had her mind made up, and saw an opportunity to harrass me and "Retaliate" against me, on 6/16/21 during "ongoing" interaction's with H.U.M, Landfair, she made it very clear that she did not appreciate my past kites and grievances related to constitutional violation's involving neglect, mistreatment, Inhumane treatment in all matter's of my "ongoing" medical treatment between 7/24/19 - present date, she brought up my kites and grievances. I did not bring the issue up on 6/16/21, she made the reference on her own, in an attempt to deter me from continuing my fight for protection of my 8th Amendment civil rights, related to my healthcare treatment at "JCF", This was her way to deter me from continuing down the path of Advocating for my 8th Amendment rights, she had me put in segregation on a "Trumped-up" Allegation that I may be suicidal or trying to harm myself. I never told anyone that I had any thoughts of self-harm in my 6/15/21 kite to Dr Hallett, or my 6/16/21 discussion with defendant's in person while I was in "JCF" Healthcare services building,

ⓒ The 3rd element of my "Retaliation" claim, "That there is a casual connection between element's one and two, that is, the adverse action was motivated at least in part by the plaintiff's protected conduct."

The parties involved in the issue of this lawsuit are all well aware of my past fight to protect my 8th Amendment civil rights regarding my "ongoing" healthcare treatment, They are all aware of my "ongoing" fight to protect my civil rights regarding "ongoing" "deliberate Indifference" claim's regarding all matter's of my current healthcare treatment at "JCF" between my 7/24/19 arrival at "JCF" and present date, They all had in the past received and answered numerous Kites and grievances individually about my request's for medical treatment that I was not receiving. The grievances were not answered by all defendant's involved in the issue of this lawsuit, but on more than one occassion they were being involved in the issue's of the grievances that I wrote that included them and treatment they had been involved in, All these defendant's probably had knowledge that I was working on filing litigation (case No. 2:21-cv-11643), because

④ on numerous occassion's prior to 6/16/2021 - I had referred to the fact that I was going to file a lawsuit over my "ongoing" medical treatment at "JCF." I had referred to an upcoming lawsuit in some of my kites and some of my in person interraction's with "JCF" Healthcare staff. They knew about it on 6/16/21 when they put me in segregation on the trumped-up Allegation's of self-injurious behavior that simply was not true in any way or form. This incident on 6/16/21 was most certainly an act of "Retaliation". A collaboration between all individual's that I named as defendants in this lawsuit. The action's of the defendant's involved in the present lawsuit was most certainly motivated and related to my advocating for adequate medical care and protection of my U.S. constitutional - civil rights under the 8th Amendment.

Each defendant that I named in this lawsuit is directly involved with my 6/15/2021 "kite" that I sent to Dr Victoria Hallett regarding my Low Blood Platelet's. I spoke to Dr Hallett on the telephone from my housing unit on 6/15/21 prior to writing a kite and attaching other paperwork concerning pain management with "Lyrica" to it - And sending it to "JCF" Healthcare services on 6/15/21.

① I addressed the 6/15/21 kite specifically to Dr Victoria Hallett (at the top of kite)

② "JCF" nursing Supervisor Brian Stricklin (RN) probably received and reviewed my kite. I'm sure that he either forwarded my "kite" to Dr Victoria Hallett, or He discussed it with her face to face. I'm sure that at some point he contacted "JCF" Health unit manager ("H.U.M.") Sirenna Landfair and discussed my kite with her. This was probably on 6/15/21 or 6/16/21

③ "JCF." Health unit manager ("H.U.M.") Sirenna Landfair (RN) and nursing Supervisor Brian Stricklin (RN) then got nurse Alinda Florek (RN) involved. At some point these individual's discussed and had me called over to "JCF" Healthcare Services, by calling my housing unit and telling my unit officer to send me to "JCF" Healthcare services. This was probably on 6/15 or 6/16/21.

④ Also involved in this issue is the Michigan Department of correction's ("M.D.O.C.") for violation's of Title II of the American's w/ Disabilities and Rehabilitation Acts. They have policies, procedures, practices in place to ration, limit, delay, deny necessary medical treatment. Also, I was placed in a "Cage" in segregation - with my wheelchair for several hour's. This cage was not -

(5) Handicap Accessible or meant to Hold somebody who was permanently wheelchair Bound, I could barely fit into this cage with my wheelchair, and it caused me debilitating pain to be kept in there, in my wheelchair for several hours - while I awaited Dr Jones to come see me and assess me, I was very cramped up and in Agonizing pain the whole time I was in the "Cage".

(5) Also involved in this issue is Corizon Health Inc... for policies, practices, procedures in place to ration, limit, delay, deny necessary medical attention and treatment, I am claiming that they are involved in the Act of the "Retaliation" as well because of those policies, practices, procedures to violate my 8th Amendment civil rights, Because of there "deliberate Indifference" to my serious medical need's.

(6) nurse Alinda Florek (RN) and Health unit Manager ("H.U.M.") sirenna Landfair (RN) were present in the nursing station on 6/16/21, I spoke extensively to both nurse Alinda florek (RN) and "H.U.M." Sirenna Land fair (RN) on 6/16/21, before I was taken away in Handcuff's, I Begged and Pleaded with Both not to put me in segregation.

(7) After speaking extensively to "H.U.M." sirenna Landfair and nurse Alinda florek (RN) on 6/16/21 - "H.U.M." sirenna Landfair (RN) left the nurses station, leaving me with nurse Alinda florek (RN). we continued to speak during this time, "H.U.M." Landfair went out and spoke to either nursing Supervisor Brian stricklin (RN) or Dr Victoria Hallett or spoke to Both - And they decided despite my complete denial of ever engaging in any self-injurious behavior pastor present, that they would go ahead and place me in Segregation, segregation is attached to the "JCF" Healthcare Services unit, in the same Building, within 5-10 minutes of "H.U.M." Landfair going out and speaking to other defendants an officer from segregation unit came into the nurses Station and "Handcuffed" me while I sat in my wheelchair, The officer then pushed me in my wheelchair, to the Segregation unit. He opened and pushed me and my wheelchair into a "Cage" and locked the door behind me. This "Cage" barely fit me and my wheelchair in it, I could not move at all. It was very painful and uncomfortable to sit in this "cage" for several hours while I waited for Dr Jones to come and assess me. Healthcare staff contacted "JCF" mental Health services Dept. and left a message with the unit secretary that I was in the

(6) segregation "cage" waiting to be assessed by mental Health staff for self-injurious behavior, despite no evidence I had ever tried to harm myself in any way. I suffered in Agonizing pain during this time, I was there for several hours. At one point a woman "custody" seargant walked by the cage I was in and stated "That is quite a reach, a stretch — to put you in this cage for a cut on your heel". Eventually, after a couple hours, and I had missed my Law Library call-out, Dr Jones (Jcf-psychologist) came to segregation and spoke to me. After our discussion Dr Jones told me that I would have an appointment with her on the next day, 6/17/2021. She then told segregation staff to release me from the "Cage". I went back to my Housing unit after I was released. When I saw Dr Jones the next day (6-17-2021) she told me that it was ridiculous that I was put in segregation for self-injurious behavior, when the cut I had was a "scrape" on my heel of my foot. That it was over "1-week old", that it had a "scab" on it. Also, it was ridiculous because nobody ever claimed that I had wrote in my kite on 6/15/21 or durring my conversation with healthcare staff on 6/16/21 — had I ever told anybody that I wanted to harm myself in the past or present. Dr Jones also went on to say " mr sedore, I went and attempted to speak with the "H.u.M." sirenna Landfair on 6/16/21 (yestirday) after I left segregation after seeing you. I could not even get "H.u.M." Landfair to look me in my eyes or face when I spoke with her about this incident."

At my 6/17/21 appointment with Dr Jones — Dr Jones stated "mr sedore I have been doing this a long time, and I know that Healthcare staff always "Retoliate" against people such as yourself, who advocate for necessary medical treatment." Dr Jones went on to say " I've been doing This a long time, and I know "Retalration" when I see it."

I ended up missing my scheduled call-out for "Jcf" Law Library on 6/16/2021. This was a direct result of me being placed in segregation within an hour of my call-out/appointment time for the "Jcf" Law library. At the time, we were only allowed two-Law Library callout dates/times per week, for 1-hour session at a time, our day and time was scheduled according to our housing unit location/assignment. I needed copies of pending lawsuit, Case No. 2:21-CV-11643, to send to the U.S. District court to do my initial filing of the lawsuit. Because of missing my call-out on 6/16/21 for Law

⑦

Library, I did not get my "Legal Copies made for almost another week. I ended up sending this lawsuit out in the U.S. mail on or about 1-week later around 6/23/2021. It did not reach the court's until July, 2021.

"H.u.M." sirenna Landfair was well aware, because I made her aware, when I was begging and pleading with her in "JCF" healthcare services Dept. on 6/16/21 - to please not put me in segregation, that I was not in any way wanting to harm myself, I stressed to "H.u.M." Landfair that I would miss my call-out to the "JCF" Law Library that I had in less than an hour, I really believe that when I told her about my Law library call-out that I was going to miss - that she was even more motivated to place me in segregation once she learned that. I begged and pleaded with "H.u.M." Landfair and nurse Alinda florck on 6/16/21 - not to place me in segregation, because I am not in any way suicidal, nor have I ever been suicidal since coming to "JCF".

I was placed in segregation on 6/16/21 - as a "Deterrent" to stop filing a mountain of Healthcare "Kites", grievances, and lawsuits against healthcare staff. It did not "deter" me one bit, if anything, It made me more determined to fight for my civil rights and necessary medical treatment.

"H.u.M." sirenna Landfair (RN) has made it well known to other staff at "JCF" that she is biased against me, right from the 1st day I arrived at "JCF" on 7/24/19, she has made statements to not only other healthcare staff, she has also made statements to Assistant Deputy Warden - Tricia Kisor on more than one occassion about me and my history of Advocating for adequate medical treatment and protection of my 8th Amendment civil rights against "M.D.O.C.", Corizon Health Inc., and staff at other facilities, Others involved in the issue of this lawsuit are aware because of "H.u.M." Landfair telling them about my history, and because of unrelenting kites and grievances I have wrote at other facilities, and also I have wrote at "JCF" between my 7/24/19 arrival and present date. Everybody involved in this lawsuit, all defendant's have shown that they are biased against me at one time or another. In one way or another. They have all discriminated against me in one form or another on multiple occassion's, either during in prison appt.'s, in kite responses, grievance responses if they answered a grievance of mine. All defendants in this lawsuit have excersized "deliberate Indifference" to my serious medical need's at one time or another. Either in person, or in my response to a Healthcare "Kite" I have sent to Healthcare Dept. seeking medically necessary care and treatment. I have suffered physically, emotionally, mentally as a direct result.

⑧

I wanted to share some of the times that "H.U.M." Landfair has shown her discrimination and being biased against me because of my Advocacy of protecting my 8th Amendment civil rights — related to my "ongoing" medical treatment in the past, before coming to "JCF" — and related to my pursuit of necessary medical treatment, while housed at "JCF" between 7/24/19 — present.

✱ These statement's were made between my 7/24/19 arrival at "JCF" and leading up to the 6/16/21 incident where "H.U.M." Landfair and other defendant's in this lawsuit "Retaliated" against me and put me in segregation on a "trumped" up allegation/charge of potential "self Injurious" behavior. The 6/16/21 incident was ridiculous to anybody and everybody who knew about it, Both "M.D.O.C." staff and other prisoner's.

      The following are relevant statement's made by "JCF" Health unit Manager Sirenna Landfair (RN) on more than one occassion, She has been "Biased" against me long before the 6/16/21 incident. When a person exhibits being biased against another person, it is not that far of a step or reach to follow this with an act of "Retaliation", It was very obvious that H.U.M. Landfair has not liked me one bit since the day that I arrived at "JCF" on 7/24/19.

i) On the day I arrived at "JCF" on 7/24/19, during my intake interview with "JCF" nurse in healthcare Dept.! H.U.M. Landfair was present in the nurse's station where I was speaking to the nurse doing my "Intake" interview. I did not know that she was the "H.U.M." at this point in time.

— H.U.M. Landfair stated the following to the nurse, I heard her say these things to the nurse myself! "H.U.M." Landfair kinda yelled across the room to the nurse I was speaking to

Ⓐ "He is a Known Hunger — striker".

ⓑ " He is known to fall asleep in his wheelchair".

Ⓒ   After I told the nurse doing my "Intake" Interview that I have an active need, detail/Accomodation for an "Aide" to assist me with completing most basic daily living need's/task's, "H.U.M." Landfair interrupted mine and the nurses discussion and said the following:
" — He does need an "Aide" (after she looked at computer electronic record)
— H.U.M. Landfair then said: she asked me?
" who is the "H.U.M." at Adrian Correctional facility"? She basically

⑨

went on to say that she was going to contact the "H.U.M." at Adrian corr. facility, where I had came from on 7/24/19 - And curse her out for sending me to "JCF" without notifying "JCF" staff of my special medical need for an "Aide" to assist me.

Every since that day, I have been treated as a "Nuisance" by "JCF" healthcare staff and "H.U.M." Sirenna Landfair.

---

Also, H.U.M. Sirenna Landfair has made several comments to "JCF" Assistant Deputy Warden - Tricia Kisor about me. Ms Kisor was at one time a member of my Healthcare "Treatment Team", she participated in the "Treatment Team" meetings with healthcare staff in charge of my medical care at "JCF," upon my arrival at "JCF" - "H.U.M." Landfair made comments on several occassion's to ADW - Tricia Kisor, about me.

① ADW - Tricia Kisor told me this herself, in a face to face conversation. Ms. Kisor told me that "H.U.M." Landfair had told her, when I first arrived at "JCF."

"We may not be able to keep Mr Sedore housed at "JCF" because of his history of grievances and litigation against healthcare staff at other prison's," she told ADW - ms Kisor, "we don't want to deal with that problem here at "JCF.""

② on 2/19/2020, I had a chronic care appt. w/Dr Frederick Herro. During this appt. my assigned "Aide" Khalil Chahine # 534969 pushed me back to Dr Herro's office, He then set down in the chair inside Dr Herro's office during my "ongoing" appt.! After about 15 - 25 minutes, The Health unit Manager - Sirenna Landfair was walking down the hallway, she passed Dr Herro's office and saw me, Dr Herro, and mr Chahine sitting in Dr Herro's office, she stopped and told mr Chahine "you cannot be in there, you must leave now." I told her "He is my "Aide", she again stated "you must leave mr. Chahine." Dr Herro and I did not have any problem with mr. Chahine being present in my appt! Actually, I had a need for mr. Chahine to be present at my appt with Dr Herro, I have a history of multiple Traumatic Brain Injuries, Post Traumatic stress disorder, emotional issues related to "ongoing" chronic pain and medical issues.

⑩ mr chahine helps me communicate productively because I tend to get frustrated and I am not a good communicator when I speak and I deal with Corizon medical providers because I know that money is the main motivator in what medical treatment that I receive, I feel that I am being neglected, mistreated, treated Inhumanely in all matters of my Healthcare treatment. Anyways, I needed mr chahine's assistance to communicate with Dr Herro - my needs and my medical issues,

HUM, Landfair told mr chahine "you must leave, you cannot be in there." So mr chahine left and waited for me to come out to the "JCF" Healthcare services waiting room, once I was done with my appt, with Dr Herro.

within a couple days of my 2/19/20 appt. with Dr Herro, ms Landfair went to AOW Tricia Kisor and told her about mr chahine being in my 2/19/20 Doctor appt.! she told AOW Kisor to go speak with prisoner chahine, AOW Kisor saw mr chahine in the "JCF" School (300 Building) and pulled him out and spoke with him about his being in Dr Herro's office with me and Dr Herro during my 2/19/20 appt! AOW Kisor told mr. chahine and later told me in passing, during an unrelated discussion - that when "HUM" Landfair saw mr. chahine in my Doctor appt, with Dr Herro - that she got very panicked/nervous because of my past history of grievances and litigation against Healthcare staff at other facilities.

AOW Kisor basically stated to mr chahine during that conversation, and to myself on a different day when we were talking in passing - that "HUM" Landfair got very panicked and nervous when she saw mr chahine in Doctor Herro's office with me at my 2/19/20 appt because then I would have a "witness" to whatever was discussed between me and Dr Herro at that appt! with my history of litigation, MS Landfair became nervous/panicked,

AOW Kisor told us that "HUM" Landfair did not want mr. chahine to ever go into one of my Doctor appt's again, she did make it well known that "HUM" Landfair had sent her to speak with prisoner chahine after my 2/19/20 Dr appt!

HUM, Landfair and other defendant's in this lawsuit are well aware of my healthcare kites, my numerous grievance's, past and "ongoing" federal civil litigation over my medical treatment inside the "MDOC"! They based all decision's to "Retaliate" against me on 6/16/21 on those facts, and they decided to put me in segregation on a "Trumped-up"

⑪ allegation of "self-Harm" / "self-Injurious" behavior that never happened. The whole allegation was a bunch of crap, in defendants attempt to scare or Deter me from pursuing future kite's, grievance's, litigation against anybody at "JCF." It did not work, I won't be "Deterred." It made me more determined and committed to fight for my civil rights. The only thing that can deter me from my current path is for medical staff to either treat my "ongoing" pain or "underlying" orthopedic and other medical issues that affect every aspect of my life 24/7 - 365 day's a year.

I suffered physical pain, emotional and mental Anguish as a direct result of the treatment and claim's in this lawsuit. I suffered Harrassement, discrimination, embarrassement, humiliation, anxiety, and "Retaliation" on 6/16/21, because of this incident. It also caused me a short delay in filing a lawsuit (case No. 2:21-cv-11643) against these and other defendants at "JCF" over "ongoing" Deliberate Indifference to my serious medical needs.

The incident on 6/16/21 was not any coincidence, or an accident. It was also not merely poor judgement. It was a "deliberate" act of "Retaliation" to deter me. This was a collaborative effort by any/all defendants in this lawsuit. "H.U.M." sirenna Landfair was definately the lead instigator, but all defendants played a very important and real role in this "Retaliation." They are all guilty of violating my 1st Amendment civil Rights. Also violated is Title II of the American's w/ disabilities and Rehabilitation Act's.


I swear under Penalty of Perjury that any/all afforementioned claim's and statements are accurate and truthful.

Respectfully Submitted,

printed name: Scott Sedore #210661

signed name: Scott Sedore #210661

Date: 10/26/2021

## "Relief Sought"

where Plaintiff respectfully pray's that this Court:

(A) Declare the Act's and omission's described herein violated Plaintiff's right's under the Constitution and Law's of the united States.

(B) Declare that the Michigan Department of correction's has violated Title II of the American's w/ Disabilities and Rehabilitation Act's.

(C) order that the Michigan Department of correction's stop violating the American's w/ Disabilities and Rehabilitation Act's.

(d) order the defendant's to pay a total of $250,000 Compensatory Damages,

(e) order "Each" Defendant to pay $250,000 in Punitive Damages.

(F) order the Defendant's to pay reasonable attorney fee's and Cost's.

(g) grant any other just and equitable relief that this court deem necessary,

I swear under Penalty of Perjury that any /all statement's Above are Accurate and Truthful,

Respectfully Submitted,

printed name: Scott Sedore #210661

Signed name: Scott Sedore #210661

Date: 10/26/2021

# "Index" of "Exhibit's"

① Healthcare "Kite" I sent to "JCF" Healthcare 6/15/21 (1-page)

② 5/19/2021 - Blood Test results (2 pages)

③ grievance # JCF/2106/1026/28I (6 pages)

④ "Receipt" dated 7/21/2021 - sent grievance to step #3 (1-page)

⑤ medication Information sheet (Lyrica) (2-pages)

⑥ 6/16/2021 - "kite" response for Exhibit #1 (1-page)

⑦ "Roberta-R Referral" report Authored by Psychologist - Dr Alison W. Jones (PHd) (3-pages)

4835-7549
CHJ-549 11/05

MICHIGAN DEPARTMENT OF CORRECTIONS-Bureau of Health Care

## HEALTH CARE REQUEST     Att'n: Dr Victoria Hollett

**PRISONER: COMPLETE SECTIONS A THROUGH D**

**A** NAME: Scott Sedore     FACILITY: JCF

NUMBER: 210661     LOCK: B-1     DATE: 6/15/21 ← *changed to reflect actual Date I sent this kite - Scott Sedore*

**B** This Health Care Request is for the following (check one or more): ☐ Health Record Copies     ☐ Non-urgent

☐ Dental  ☐ Medication Refill  ☑ Medical  ☐ Optometry  ☐ Mental Health     ☑ Urgent

**C** I have the following problems/symptoms: I talked to you on the phone today Dr Hollett, you mentioned that my 5/18/21 Blood test results showed very low platelet counts, you asked me why that would be & what I was doing different that could cause that?
I think I found out what was causing that problem, I think it was the "Lyrica" that I was taking, I wrote dozens of kites

**D** NOTICE TO PRISONER specifically addressed to you while I was taking Lyrica-

You will not be denied health care services for lack of personal funds. However, if your account does not have adequate funds, the copayment will be considered an institutional debt and shall be collected as set forth in PD 04.02.105, "Prisoner Funds".

because of severe side effects I was having, you never contacted or

Signing this document formally requests treatment. In addition, it authorizes the DOC to treat or arrange treatment for you and to release any necessary medical information to facilitate that treatment, to review treatment, to respond to a related grievance, or to review any appeal you may make regarding the Department's decision to charge for the care.

or called me out during this time, that's why I stopped taking "Lyrica", nobody

I have read Section D above, or it has been read to me and I understand that I will be charged $5.00 for my health care visit unless it is for one of the reasons listed below in Section F. If I am charged for this visit, I agree that the $5.00 may be taken from my account.

would address longer to investigate my claims of side-effects,

Prisoner Signature: Scott Sedore     Date: 6/15/2021

I just wanted you to **PRISONER: DO NOT WRITE BELOW THIS LINE** know that Lyrica

**E** INSTRUCTIONS TO PRISONER probably caused this problem, The paperwork that I sent with this kite, I highlighted the side effects I was experiencing while taking "Lyrica", This is not all the side effects I experienced though,
Dr Hollett - please contact Dr Schmidt (RMD) Dr Birkman, pain committee and get me approved for Narcadol/Ultram

An appointment has been scheduled for you on:     Date:

Signature:     Title:     Provider #:

**F** COPAYMENT     (to be filled out by health care): the pain clinic recommended on 10/15/20,

Note: If none of the exceptions listed below apply, check the box below and a copay will be charged. 12/23/20

Care that is: ♦ requested by a QHP (includes transfer assessments, chronic care clinics, intake and annual screening, and required follow-up care)
♦ for injuries that are work-related as documented by the prisoner's work supervisor     at Henry Ford
♦ requested for testing for HIV, STD's, infestations, or reportable communicable diseases
♦ requested for evaluation, consultation, or treatment of a mental health need     Allegiance
♦ prompted by a medical emergency (see Section I of the policy, if self-inflicted)     Hospital

☐ I have reviewed the visit of _____ and certify none of these exceptions apply.
                                        Date

Signature:     Title:     Provider #:     Date:

Distribution:     White - Health Services,     Canary - Prisoner,     Pink - Business Office

EXHIBIT "#1"



# Department of Corrections
## Lab Report

| | | | |
|---|---|---|---|
| Offender Name: SEDORE, SCOTT LEE | | | Off #: 0210661 |
| Date of Birth: 07/19/1967 | Sex: M | | |
| Report Date: 05/19/2021 | Provider: YARID, RAVI | | |

| Test Name | Result | Lab | Collection Date | Results Date |
|---|---|---|---|---|
| | | | Reference Range | |
| COMMENTS: | | | | |
| CRP (NON CARDIAC) {CRPNC} | | | 05/18/2021 16:00 | 05/19/2021 08:39 |
| CRP (NON CARDIAC) | 0.5 (N) | | 0-1.0 mg/dL | |
| CBC {CBC2} | | | 05/18/2021 16:00 | 05/19/2021 08:39 |
| PLATELET COUNT | 102 (L) | | 140-400 TH/CUMM | |
| WHITE BLOOD COUNT | 4.17 (N) | | 4.0-10.0 TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 2.50 (N) | | 1.56-8.10 x10-3/uL | |
| NEUTROPHILS | 60.1 (N) | | 39-81 % | |
| LYMPHOCYTE | 24.2 (N) | | 14-51 % | |
| MONOCYTES | 12.2 (N) | | 0-13.3 % | |
| EOSINOPHIL | 2.6 (N) | | 0-8 % | |
| BASOPHILS | 0.7 (N) | | 0-2 % | |
| RED BLOOD CELLS | 4.48 (N) | | 4.41-5.51 M/CU MM | |
| HEMOGLOBIN | 13.8 (N) | | 13.5-17.5 G/DL | |
| HEMATOCRIT | 41.8 (N) | | 41-53 % | |
| MCV | 93.3 (N) | | 80-100 FL | |
| MCH | 30.8 (N) | | 27-33 PG | |
| MCHC | 33.0 (N) | | 31-37 G/DL | |
| RDW | 12.1 (N) | | 11.0-14.5 % | |
| MPV | 12.9 (H) | | 7.4-12.0 FL | |
| CMP {CMP} | | | 05/18/2021 16:00 | 05/19/2021 08:39 |
| ALBUMIN | 4.6 (N) | | 3.5-5.5 G/DL | |
| ALK PHOS | 49 (L) | | 53-128 U/L | |
| TOTAL BILIRUBIN | 0.6 (N) | | 0.2-1.2 MG/DL | |
| BUN | 8 (N) | | 7-18 MG/DL | |
| CALCIUM | 9.4 (N) | | 8.4-10.7 MG/DL | |
| CHLORIDE | 108 (H) | | 98-107 MEQ/L | |
| CREATININE, SERUM | 0.84 (N) | | 0.7-1.3 MG/DL | |
| GFR (NON-AFR AMER) | 102 (N) | | 60-300 mL/MIN | |
| GFR (AFR AMER) | 123 (N) | | 60-300 mL/MIN | |
| GLUCOSE | 78 (N) | | 70-105 MG/DL | |

| Offender Name: | SEDORE, SCOTT LEE | | Off #:   0210661 |
|---|---|---|---|
| Date of Birth: | 07/19/1967 | Sex: M | |
| Report Date: | 05/19/2021 | Provider: YARID, RAVI | |

REFERENCE RANGES
FASTING DRAW: 70-105  mg/dl
RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL

| | | |
|---|---|---|
| POTASSIUM | 4.1 (N) | 3.5-5.1 MEQ/L |
| TOTAL PROTEIN | 6.8 (N) | 6.0-8.3 G/DL |
| **SODIUM** | **146 (H)** | **136-145 MEQ/L** |
| CARBON DIOXIDE | 31 (N) | 22-33 MEQ/L |
| SGOT/AST | 28 (N) | 15-40 U/L |
| SGPT/ALT | 30 (N) | 7-45 U/L |
| THYROID PANEL {COR7} | | 05/18/2021 16:00    05/19/2021 08:39 |
| TSH-HIGH SENSITIVITY | 2.109 (N) | 0.465-4.68 uU/mL |
| **FT4** | **0.62 (L)** | **0.78-2.19 ng/dL** |
| T3 TOTAL | 1.184 (N) | 0.970-1.69 NG/ML |
| MAGNESIUM {MGNEW} | | 05/18/2021 16:00    05/19/2021 08:39 |
| MAGNESIUM | 1.9 (N) | 1.6-2.55 MG/DL |

"Exhibit #3"

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____ Grievance Identifier: | J | C | F | 2 | 1 | 0 | 6 | | 1 | 0 | 2 | 6 | | 2 | 8 | I |

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Scott Sedore | 210661 | Jcf | B-1 | 6/16/21 "ongoing" | 6/18/2021 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? on 6/16/21 I spoke
If none, explain why. Directly to the people involved in the issue of this grievance. I spoke
to them in the "Jcf" Bureau of Healthcare services. The people involved in the issue
of this grievance are as follows: michigan Dept. of corrections ("M.D.O.C.") corizan Health, I
Dr Victoria Hallett (Do), Health unit Manager ("Jcf") - H.U.M. Sirenna Constant(RN) Alinda Florek
State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. (RN)
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. The issue of this grievance was not
resolved. I begged, pleaded, and tried to explain and reason with all involved "Jcf" Healthcare staff the
-named as being involved in the issue of this grievance. The issue was not resolved despite my pleas.
It's caused/affected me with physical pain, emotional and mental Anguish in many ways. Too man
-y (est at this point. There may be other's involved in the issue of this grievance that I am not aware
at this point, I will name them as (Jane/John Does) at this point in time. I will furnish nam
titles, employers, job's as they become available to me, at a later date and time.
The issue of this grievance involves the following; 1st Amendment (Retaliation") claims, 8th
mendment ("Deliberate Indifference") claims - U.S. constitutional violations. It involves more then one
-ligence, mistreatment, Inhumane treatment. Also violations of M.D.O.C. policy Directives (PD 02.03.100,
103, 103, 130) PD 03.04.100, PD 04.06.160! Also violations of Title II of the Americans w/Disabilitie
-d rehabilitation Acts. Also violated is M.D.O.C. - PD 01.04.110 (pg.1) "All employees are to be informe
-f Department policies as well as necessary procedures to carry out these policies"
on 6/15/21 I wrote Dr Victoria Hallett a "kite" and enclosed it in a sealed letter Env, and wrote her na
at the top of the "kite" - And I sent it to the "Jcf" - Bureau of Healthcare services," (BHCS). I had spok
-n her on the telephone between Jcf-BHCS and my housing unit. we discussed multiple medical issues bu
Hallett mentioned that my 5/18/21 Blood test results showed that I had extremely low Platelet
-telets are what makes my Blood clot. so when I'm injured I don't Bleed out. Scott Sedore
I sent Dr Hallett a medical kite and a copy of a pamphlet.
Grievant's Signature

RESPONSE (Grievant Interviewed?) ☐ Yes ☐ No  If No, give explanation. If resolved, explain resolution.)

Respondent's Signature _____ Date _____ Reviewer's Signature _____ Date _____

Respondent's Name (Print) _____ Working Title _____ Reviewer's Name (Print) _____ Working Title _____

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One: Goldenrod — Grievant

## Step #1 grievance - Extra Page

After Dr Hallett told me on 6/15/21 that my "Platelet's" were very low, I pulled a copy of this pamphlet out of my footlocker - describing uses and known side-effects of a medication that I recently had stopped taking because I was experiencing extreme, severe, Agonizing, Life altering side-effects, The name of this medication was/is "Lyrica", The story behind that and me, stopping taking it is a whole seperate story, I will include and explain at a later, relevant time and date.

In this pamphlet about "Lyrica" It stated that in rare cases - Lyrica has been known to cause extreme low platelet counts, I wrote a "kite" (specifically addressed to Dr Hallett), I enclose it in a letter envelope, and address the envelope also to Dr Hallett, I explain inside on the pamphlet, that I had cut-myself" over 1-week prior, and that I had Bled for several hours uncontrollably, I did not state that it was my foot/heel - As I did not feel that it was relevant, I never stated that I had did it on purpose, or that I wanted to hurt myself, I only wanted to relay my experience with uncontrollable bleeding now that would explain that incident, if I had low Blood platelets counts, I wanted Dr Hallett to know that I had experienced this first hand, as a sign to verify when she told me my low Blood platelet's affected my Blood clotting ability.

Anyway's, JCF Healthcare staff - "H.U.M." sirenna Landfair (RN), nursing Supervisor Brian stricklin (RN) Dr Hallett (DO) and nurse Alinda Florek (RN) have me called over to JCF Healthcare surces Bldg. at approx. 12:45 p.m. on 6/16/2021, when I'm taken to the nurses station - H.U.M. Landfair, nurse Brian stricklin, and nurse Alinda Florek accuse me of being suicidal and trying to harm myself, no place did I ever verbally tell anybody or tell anybody in my kite - that I was suicidal and wanting to presently, or in the past harm myself in anyway, They authored and came to those Bright idea's on there own - despite my plea's trying to tell them that I don't want to hurt myself, nor had I ever tried to hurt myself ever in the past.

In the end, these individual's involved in the issue of this grievance had me "handcuffed" and taken out of Healthcare services in my wheelchair, taken to L-unit (segregation) - where I sat for hours, causing me severe, extreme pain and suffering, I placed on a psychiatric Hold until Dr Jones (psychologist) - "PHD" came and assessed me for suicide risk, please Refer to Dr Jones report/Dictation from the 6/16/2021 "Roberta R. Referral," she basically states that it is ridiculous what was did to me by those I named in this grievance, That it was unfounded and basically an act of revenge and retaliation, That at no time was there ever any suicide claims made by me,

I suffered in physical exscruhating pain, emotional, mental Anguish, I was treated as a nuisance, I was embarrassed, humilliated, angry for being treated like that, I miss my Low library call-out for Legal research for pending litigation. my call-out was scheduled from 11:30 - 2:30pm, that I missed because I was in segregation.

H.U.M. Landfair and those involved in the issues made comment's about "kites", grievances, lawsuits/litigation as i was talking to them in the BATES, I had just settled a lawsuit (case No. 4:19-cv-10259) on 6/4/2021.

This whole incident was well planned by all involved in grievance/issue, I was the victim of "Retaliation", "Deliberate Indifference" - Due to past "kites", grievances, litigation that I have wrote or filed since coming to "JCF" on 7/24/19 and before at other facilities,

*) Any Institutional transfer after this grievance is filed will be interpreted as an act of further Retaliation,

(6/18/2021) Scott Seelye #210661

opies

**Mich igan Department of Corrections**
**FIRST STEP GRIEVANCE RECEIPT**

DATE:        6/21/2021

TO:        SEDORE                210661          LOCATION:   JCF          B-1

FROM:     Grievance Coordinator:  Cobb

SUBJECT:   Receipt for Step I Grievance

Grievance Identifier:    JCF       /    2021 /    06 /  1026    / 28I

Issue:      Failed to attempt/resolve issue W/ STAFF INVOLVED

Received:        6/21/2021

Date Due:        7/12/2021

Your Step I grievance was received as indicated above. You should receive a response no later than the due date listed above. If you have not received a response by this date and no extension has been given, you may submit a written request for an appeal form to this office. You will need to note, on your request, the grievance identifier as listed above.

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

**DATE:**     6/21/2021

**TO:**     **SEDORE**     **210661**      **LOCATION:**    **JCF**      **B-1**

**FROM:**    **Grievance Coordinator: Cobb**

**SUBJECT:**    Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding     **Failed to attempt/resolve issue W/ STAFF INVOLVED**
was received in this office on   **6/21/2021**     and was rejected due to the following reason:
**The grievant did not attempt to resolve the issue with the staff member involved prior to filing the**
**grievance unless prevented by circumstances beyond his/her control of if the issue falls within the**
**jurisdiction of the Internal Affairs Division in Operations Support Administration.**

Any future references to this grievance should utilize this identifier:

        **JCF**     /    **2021** /    **06** / **1026**    /   **281**

| | | | |
|---|---|---|---|
| **Respondent** | **Date** | **Reviewer** | **Date** |

## G. Robert Cotton Correctional Facility

### *Step II Grievance Response*

Grievant: Sedore # 210661

Grievance #:  JCF-2021-06-1026-28I

---

**I have reviewed the Step I grievance, Step I response along with the associated Step II reason for appeal.**  The Step I grievance was rejected for the complaint being filed on a non-grievable issue.   At Step II you dispute the rejection.

**Grievance Rejected**
PD 03.02.130 "Prisoner/Parolee Grievances" defines what is grievable and non-grievable. The grievant failed to attempt to resolve the issue with staff member.  The grievance shall not be rejected if there is a valid reason for the delay; e.g. transfer.

The step I rejection has been reviewed by the Warden's office in accordance with P.D. 03.02.130 "Prisoner/Parolee Grievances" and the **REJECTION IS UPHELD AT STEP II**

Noah Nagy, Warden                                          05/19/2021
**Respondent's Name/Position**          Respondent's Signature          Date

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: _____

Grievance Identifier: | J | C | F | 2 | 1 | 0 | 6 | 1 | 0 | 2 | 6 | 2 | 8 | 1 |

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to:
_____ GC _____ by 7-8-21 . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Scott Sedore | 210661 | JCF | B-1 | 6/16/2021 "ongoing" | 6/25/2021 |

**STEP II — Reason for Appeal** It is totally preposterous, ludicrous, and ridiculous to say that I failed to attempt to resolve w/ staff involved in the issue being grieved, I highlighted "3" different areas of my grievance where I spoke of my 6/16/21 attempt, while I was face-to-face, in person with those being grieved. I spoke to them in person, I begged and pleaded with them for a different outcome. The actions of those being grieved meet all the elements of all my claims in my grievance, especially the Retaliation claim. The whole issue is harrassement and Retaliation. All claims and issues from my step #1 grievance carry over to my step #2 grievance appeal, The grievance coordinator and those involved in this issue offered no resolution of any type of form, The M.D.O.C. grievance process operates as a simple "Dead-End" There is no "available" administrative remedy to Exhaust, I am not required under M.D.O.C PD 03.021130 To exhaust "unavailable" remedies. The M.D.O.C. never follows and Executes it own policies and procedures. They never follow PD 03.021130, It is simply a Dog and Pony show; a charrade of sorts, I have exhausted any available administrative remedies, please refer to the following (Risher v. Lappin, 639 F 3d 236) Boyd v. coff, corp of Amn, 380 F.3d 989 — Ross v. Blake , 136 S, Ct 1850 ! I am giving you an opportunity to Address and resolve this issue,

**STEP II — Response**

Date Received by
Step II Respondent:

Respondent's Name (Print) _____   Respondent's Signature _____   Date _____

Date Returned to Grievant:

**STEP III — Reason for Appeal** All claims and issues from my step #1 grievance and step #2 Appeal carry over to this issue and my claims, none of my claims or issues was ever addressed or Investigated at any stage of the D.O.C. grievance process by anybody, at any level, my "Retaliation" claim are very well established and credible. I can meet all elements of a "Retaliation" & "Deliberate Indifference" claims. As for as the "Retaliation" claim's ① That I (was) engaged in protected conduct, (2) defendants took adverse action against me, (3) there is a casual connection between #1 & #2 elements, the

I did not receive any step #2 Appeal response or before the 7/11/21 "Due Date" According to PD 03.02.130 — I sent grievance to step #3 Appeal.

**NOTE:** Only a copy of this appeal and the response will be returned to you. Adverse action was taken at

**STEP III — Director's Response** is attached as a separate sheet. least in past because of the protected conduct, I can & will meet/prove all elements in each,

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

*"Exhibit #4"*

MICHIGAN DEPARTMENT OF CORRECTIONS
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will not be processed.

Date: 7/21/2021

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 210661 | Sedore | "JcF"-cotton | B-1 |

Send to:

Pay To: M.D.O.C. - Postage / U.S. mail

Address: Director's office - P.O. Box 30003

Lansing, michigan - 48909

Cost/Amount

$ .51

Reason/Description: (If to relative, identify relationship) Step #3 grievance Appeal

---

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| — | Step #3 grievance Appeal | — | — | — | — | | $ | $ |
| | # JCF/2106/1026/28 I | | | | | | | |
| | | | | | | | | |
| | 1-Envelope | | | | | | JUL 22 2021 | |
| | | | | | | | | |

Sub-Total $ _____
Delivery Costs $ _____
Tax (if applicable) $ _____
Total Amount Enclosed $ _____

Scott Sedore          7/21/2021
Prisoner's Signature       (Date)

_____    7-21-31
R.U.M. or Authorized Agent    Date

_____    _____
Deputy Warden or Authorized Agent    Date

_____    _____
Warden or Authorized Agent    Date

| | | |
|---|---|---|
| Code | Actual Expense | Batch Number |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

0210661 - SEDORE, SCOTT - 52050456 - JCF

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Pregabalin Capsules

**Pronunciation** (pre GAB a lin)
**Brand Names:** US Lyrica

## What is this drug used for?

- It is used to help control certain kinds of seizures.
- It is used to treat painful nerve diseases.
- It is used to treat fibromyalgia.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have kidney disease.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert or have clear eyesight until you see how this drug affects you.
- Do not stop taking this drug all of a sudden without calling your doctor. You may have a greater risk of side effects. If you need to stop this drug, you will want to slowly stop it as ordered by your doctor.
- Avoid drinking alcohol while taking this drug.
- Talk with your doctor before you use marijuana, other forms of cannabis, or prescription or OTC drugs that may slow your actions.
- A very bad reaction called angioedema has happened with this drug. Sometimes, this may be life-threatening. Signs may include swelling of the hands, face, lips, eyes, tongue, or throat; trouble breathing; trouble swallowing; or unusual hoarseness. Get medical help right away if you have any of these signs.
- Severe breathing problems have happened with this drug in people taking certain other drugs (like opioid

pain drugs). This has also happened in people who already have lung or breathing problems. The risk may also be greater in people who are older than 65. Sometimes, breathing problems have been deadly. If you have questions, talk with the doctor.

- If you are 65 or older, use this drug with care. You could have more side effects.
- Talk with your doctor if you plan to father a child. This drug made male animals less fertile and caused sperm changes. Birth defects also happened in the young of male animals treated with this drug. It is not known if these problems happen in humans.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Change in eyesight.
- Muscle pain or weakness.
- If seizures are new or worse after starting this drug.
- Change in balance.
- Feeling confused.
- Shakiness.
- Trouble breathing, slow breathing, or shallow breathing.
- Change in color of skin to a bluish color like on the lips, nail beds, fingers, or toes.
- Memory problems or loss.
- Shortness of breath, a big weight gain, or swelling in the arms or legs.
- Fast or abnormal heartbeat.
- Fever, chills, or sore throat.
- Skin sores.
- Trouble speaking.
- Trouble sleeping.

0210661 - SEDORE, SCOTT - 52050456 - JCF

- Trouble walking.
- Feeling high (easy laughing and feeling good).
- Twitching.
- Get medical help right away if you feel very sleepy, very dizzy, or if you pass out. Caregivers or others need to get medical help right away if the patient does not respond, does not answer or react like normal, or will not wake up.
- Patients who take this drug may be at a greater risk of having thoughts or actions of suicide. The risk may be greater in people who have had these thoughts or actions in the past. Call the doctor right away if signs like low mood (depression), nervousness, restlessness, grouchiness, panic attacks, or changes in mood or actions are new or worse. Call the doctor right away if any thoughts or actions of suicide occur.
- Low platelet counts have rarely happened with this drug. This may lead to a higher chance of bleeding. Call your doctor right away if you have any unexplained bruising or bleeding.

### What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Feeling dizzy, sleepy, tired, or weak.
- Weight gain.
- Not able to focus.
- Headache.
- Dry mouth.
- Constipation.
- More hungry.
- Upset stomach.
- Joint pain.
- Nose or throat irritation.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.
You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

### How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take with or without food.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.

### What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

### How do I store and/or throw out this drug?

- Store in the original container at room temperature.
- Store in a dry place. Do not store in a bathroom.
- Store this drug in a safe place where children cannot see or reach it, and where other people cannot get to it. A locked box or area may help keep this drug safe. Keep all drugs away from pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

### General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

### Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Issue Date: 02/03/2021
Database Edition 21.1.1.002
Copyright 2021 Wolters Kluwer UpToDate, Inc. and/or its affiliates. All Rights Reserved.



"Exhibit # 6"

# Michigan Department of Corrections
## Kite Response

**Offender #:** 0210661    **Offender Name:** SEDORE, SCOTT LEE

**Location:** JCF - G. ROBERT COTTON CORRECTIONAL    **Lock:** B:01:Bot:L

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 06/16/2021 |
| **Initiated Date:** | 06/16/2021 |
| **Taken By:** | Florek, Alinda [AF10] RN |
| **Request Type:** | Medical Question |
| **Request Summary:** | Please see kite dated 6/14/21 regarding platelet count and cutting self. |
| **Plan/Action:** | Pt placed in segregation unit with a psych referral completed for self-injurious behavior. |
| **Comments:** | |

\* That is ridiculous - I had a week old scrape on the back of the Heel of my right foot. I cannot even Bend over and reach my foot due to chronic pain, orthopedic issues, - That is why I have an assigned "Aide" to Assist me with Activities of Daily living ("ADL's)

**Michigan Department of Corrections**
**ROBERTA-R Referral**

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | SEDORE, SCOTT LEE | | | Off #: | 0210661 |
| Date of Birth: | 07/19/1967 | Sex: | M | Facility: JCF | |
| Date: | 06/16/2021 14:24 | Provider: | Jones, Alison W. [AJ7] | | |
| Level of Care: | OPT - V | | | | |

## Barriers to Communication

Please document what means of communication were utilized during encounter :
(CHECK ALL THAT APPLY):

\_\_X\_\_\_No barrier to communication present.

_____1. ASL with video relay interpreter (VRI) - DHH

_____2. ASL with in-person interpreter - DHH

_____3. Lip reading - DHH

_____4. Speaking Loudly - DHH

_____5. Hearing aids worn - DHH

_____6. Written Slate   DHH

_____7. Communication Boards   DHH/Other

_____8. Clear mask worn by QHP - DHH

_____9. Additional staff brought in to assist with communication   DHH/VI/Other

_____10. QHP read handouts or brochures   VI/Other

_____11. Other (face-to-face or maintained eye contact)   DHH/Other

Prisoner Acknowledgement of communication being effective:
(CHECK ALL THAT APPLY):

\_\_X\_\_\_1.Verbally acknowledges communication was effective

_____2. Responded and/or asked appropriate questions

_____3. Repeated or rephrased information give

_____4. Unable to achieve effective communication   need to reschedule


DHH = Deaf and/or Hard of Hearing
VI = Visually Impaired
Other = Cognitive/Mental Impaired

## ROBERTA-R

R easoning

O rientation

B ehavior

E motion

R ecall/Memory

T alk

A ppearance

R elationships

## Reason for Referral

Mr. Sedore was seen on this date pursuant to this clinician receiving communication from the psyc secretary indicating that one of my clients had been taken from health care to the cage in L unit and would be needing to see mental health. When this clinician contacted L unit they confirmed that he was in the cage awaiting speaking with mental health, but were unsure of the circumstances. Due to wanting to clarify the specific concern this clinician contacted nursing and spoke with the HUM who indicated that he had put in a kite stating that he had cut himself on his heel and had bled profusely. She indicated that the cut occurred approximately a week ago.  She notes that his kite was written on 6-14-2021.  A Roberta R had been written by nursing staff and this clinician was given a copy of that document.   It appeared that they were trying to insure that this was not an episode of deliberate self harm and his mental status was normal.

## Desired Action

During our interview Mr. Sedore indicated that he was doing just fine and explained the circumstances surrounding his having been placed in the cage. He explained that he had seen his medical provider yesterday and had been told that his platelets were quite low and that it was unclear about why this was. He had advised that he had been taking Lyrica but had stopped his meds upon feeling that they were not helpful to him. He also states that he read up on Lyrica from

| Offender Name: | SEDORE, SCOTT LEE | | Off #: | 0210661 |
| Date of Birth: | 07/19/1967 | Sex: | M | |
| Date: | 06/16/2021 14:24 | Provider: | Facility: JCF | |
| Level of Care: | OPT - V | | Jones, Alison W. [AJ7] | |

the drug insert document and found out that Lyrica could cause low platelets, which in turn could interfere with his blood clotting properly. He indicates that about a week ago, the back of his heel was cut on his wheel chair due to friction from his skin rubbing against his shoe due to him not wearing socks at the time. He notes that he bled for several hours from this cut. He reports his sense that the reason he bled so much was due to his low platelets which interfere with proper clotting. He reports that following his conversation with his MP and reading the information about Lyrica he wrote a kite to his MP stating that he had last week cut his heel and bled, and this coupled with the Lyrica was most likely the cause of his platelets being so low. He notes that he attached the Lyrica insert to his kite intending for this information to be given to his MP as an explanation for why his platelets could have been low. He reports that he has never intentionally tried to harm himself and he was instead wanting to do things to help himself so that he could live a better and improved quality of life. He showed this clinician the scab that had formed towards the back of his heel from unintentionally cutting himself on his wheelchair. He was adamant in denying any attempt at self injurious behavior, suicidal ideation or intent and instead affirmed that he wanted to get better and stronger so that he could pursue standing up for himself and fighting the injustices that he felt were occurring in this setting. He indicates his sense that he has been retaliated against, repeatedly, for filing complaints and lawsuits and feels that being put in the cage is yet another example of the same. He expressed being very upset about not being able to go to his law library callout in light of them setting time limits on his time there due to the instability in the institution coupled with limitations posed due to the Covid pandemic. He stated that if he was unable to get there today he would have to wait yet another week to follow up on his legal work/matters. He indicated further that since he has renewed his efforts to challenge injustices he has been eating more and better, and trying to get stronger.

Client was pleasant and cooperative during our encounter. He was upset about having been placed in the cage, in light of having a law library callout at this time and feeling that this episode could have been managed differently. He was future oriented in his thinking and planning ahead for things that he wants to do to pursue his goals. His mood was euthymic and he was able to explain his situation very clearly and plainly. He continues to advocate for himself in terms of having his needs addressed. He is someone who has struggled a great deal with pervasive pain and discomfort in light of the injuries sustained over the years, and he has worked hard to try to receive treatment, including medication that helps him with his pain. He was advised that this clinician would call him out again tomorrow to continue talking about his situation and to problem solve regarding finding ways to help him to manage his dilemmas. This clinician documented in the log book and advised staff that he was being released back into population at this time.

## Current Mental Status

| Level of Consciousness: | Alert and Oriented |
| Psychomotor Activity: | Normal |
| General Appearance: | Normal |
| Behavior: | Cooperative |
| Mood: | Appropriate to Content |
| Thought Process: | Appropriate |
| Thought Content: | Normal |

| Co-Pay Required: | No | Cosign Required: | No |
| Telephone/Verbal Order: | No | | |
| Standing Order: | No | | |

Completed by Jones, Alison W. [AJ7] on 06/17/2021 14:01

| Offender Name: | SEDORE, SCOTT LEE | | | Off #: | 0210661 |
| Date of Birth: | 07/19/1967 | Sex: | M | Facility: | JCF |
| Date: | 06/16/2021 14:24 | Provider: | Jones, Alison W. [AJ7] | | |
| Level of Care: | OPT - V | | | | |

10/26/2021

TO: Clerk of the U.S. District Court,

please file this Lawsuit (42 U.S.C. § 1983)

Seperate and individually from

any other pending Case that is

currently "ongoing" in the Eastern

District Federal Courts.

It is a completely seperate Issue

And a completely seperate Lawsuit.

Thanking you in Advance,

Scott Seeloo #210661

10/26/2021

Scott Sedore #210661
G. Robert Cotton Correctional Facility
3500 North Elm Road
Jackson, Michigan
49201

U.S. District Court
Attn: Clerk of the Court
231 Lafayette Boulevard
Detroit, Michigan
48226

RECEIVED
NOV 08 2021
CLERK'S OFFICE
U.S. DISTRICT COURT